Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  BEN DAVID BRUCKER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# EUREKA DIVISION

| | |
|---|---|
| BEN DAVID BRUCKER,          ) | Case No.:  CV 16-03165-NJV |
|             Plaintiff,      ) | STIPULATION TO EXTEND BRIEFING SCHEDULE |
|       vs.                   ) | |
| CAROLYN COLVIN, Acting      ) | |
| Commissioner of Social Security, ) | |
|             Defendant       ) | |

TO THE HONORABLE NANDOR J. VADAS, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Ben David Brucker ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand to December 27, 2016; and that Defendant shall have until January 24, 2017, to file

1  her opposition, if any is forthcoming.  Any reply by plaintiff will be due February
2  7, 2017.
3       This Court is aware that Counsel's Spouse battled Stage IV breast cancer
4  which metastasized initially to her liver and continued to progress with tumors in her
5  lungs, spine and brain.  After exhausting all known chemotherapy treatments over
6  18 months ago and surviving on willful determination and profound faith alone
7  Counsel's wife has succumbed to her illness.  On September 30, 2016 Counsel
8  gently held his wife as she relinquished her fight and passed away.  Counsel requires
9  the time to deal with providing the appropriate respect to his spouse.
10      Counsel sincerely apologizes to the court for any inconvenience this may
11  have had upon it or its staff.

13  DATE: October 31, 2016           Respectfully submitted,
14                                    LAW OFFICES OF LAWRENCE D. ROHLFING
15                                        /s/ *Steven G. Rosales*
                                      BY: _____
16                                    Steven G. Rosales
                                      Attorney for plaintiff

18  DATED:  October 31, 2016         BRIAN J. STRETCH
                                      United States Attorney

21                                    */S/- C. Hay-Mie Cho
22                                    _____
                                      C. Hay-Mie Cho
23                                    Special Assistant United States Attorney
                                      Attorney for Defendant
24                                    [*Via email authorization]

1   IT IS HEREBY ORDERED that plaintiff may have an extension of time, to
2 and including December 27, 2016, in which to file Plaintiff's Motion for Summary
3 Judgment or Remand; Defendant may have an extension of time to January 24,
4 2017 to file her opposition, if any is forthcoming.  Any reply by plaintiff will be
5 due February 7, 2017.
6   IT IS SO ORDERED.
7 DATE: November 2, 2016

_____
THE HONORABLE NANDOR J. VADAS
UNITED STATES MAGISTRATE JUDGE